Certificate Number: 14912-PAW-DE-033177958

Bankruptcy Case Number: 19-10601



14912-PAW-DE-033177958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2019, at 10:46 o'clock PM EDT, Maniqua Kaiser completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 29, 2019                By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor