IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| KEVIN PATRICK KAISER and | : CASE NO.  19-10601-TPA |
| MANIQUA ANNETTE KAISER | : |
| fka MANIQUA ANNETTE WILLIAMS, | : CHAPTER 7 |
|    Debtors, | : |
| | : |
| AMERICO FEDERAL CREDIT UNION, | : |
|    Movant, | : Filed Pursuant to Local Bankruptcy Rule 9013-1 |
| | : and in accordance with the self-scheduling |
| vs. | : procedures of the Honorable Judge Thomas P. |
| KEVIN PATRICK KAISER and | : Agresti |
| MANIQUA ANNETTE KAISER | : |
| fka MANIQUA ANNETTE WILLIAMS, | : |
| Debtors and JOHN MELARAGNO, Trustee | : |
|    Respondents. | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed and served on September 13, 2019, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY appears thereon.

Pursuant to the Notice of Hearing, Objections to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY were to be filed and served no later than September 30, 2019.

It is hereby respectfully requested that the Order attached to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY be entered by the Court.

Respectfully Submitted,

SHAPIRA, HUTZELMAN & SMITH

By    /s/ Edwin W. Smith, Esq.
305 West Sixth Street
Erie, PA 16507
(814) 452-6800
Facsimile: (814) 456-2227
E-Mail: esmith@shapiralaw.com

DATED: October 2, 2019