FILED
10/3/19 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN PATRICK KAISER and
MANIQUA ANNETTE KAISER
fka MANIQUA ANNETTE WILLIAMS,
    Debtors,

AMERICO FEDERAL CREDIT UNION,
    Movant,

vs.

KEVIN PATRICK KAISER and
MANIQUA ANNETTE KAISER
fka MANIQUA ANNETTE WILLIAMS,
Debtors and JOHN MELARAGNO, Trustee
    Respondents.

: CASE NO. 19-10601-TPA

: CHAPTER 7

: Filed Pursuant to Local Bankruptcy Rule 9013-1
: and in accordance with the self-scheduling
: procedures of the Honorable Judge Thomas P.
: Agresti

  Rel to Doc No 17

## ORDER GRANTING RELIEF FROM STAY

AND NOW, this __3rd__ day of __October__, 2019, upon consideration of Movant's Motion for Relief from Automatic Stay, and hearing thereon, filed by Americo Federal Credit Union's at Document No. __17__, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and therefore the automatic stay is terminated as it affects the interests of Movant with respect to the 2015 Chevrolet Malibu, VIN No. 1G11D5SL1FF146421.

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-10601-TPA
Kevin Patrick Kaiser                                                Chapter 7
Maniqua Annette Kaiser
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam           Page 1 of 1              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db/jdb         +Kevin Patrick Kaiser,   Maniqua Annette Kaiser,   1125 East 36th Street,   Erie, PA 16504-1835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
              Edwin W. Smith    on behalf of Creditor    Americo FCU esmith@shapiralaw.com
              James    Warmbrodt    on behalf of Creditor    Citizens Bank, N.A. bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka    Seelinger    on behalf of Debtor Kevin Patrick Kaiser rebeka@seelingerlaw.com
              Rebeka    Seelinger    on behalf of Joint Debtor Maniqua Annette Kaiser rebeka@seelingerlaw.com
                                                                                             TOTAL: 7